## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR281** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| **ROCIO MEDINA-OCHOA,** | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 20). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 20) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 12) is denied, in accordance with the Findings and Recommendation.

DATED this 23rd day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge